No. 91–24.  BANK OF COUSHATTA ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 5th Cir.  Certiorari denied.

No. 91–25.  SANBORN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–26.  AVANTI SERVICES, INC. *v.* GLENDEL DRILLING CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–27.  MOORE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–28.  THOMAS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–30.  IMPERIAL IRRIGATION DISTRICT *v.* STATE WATER RESOURCES CONTROL BOARD.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 91–33.  CASTIGLIONE ET AL. *v.* HARRIS.  C. A. 9th Cir.  Certiorari denied.

No. 91–35.  ECKEL *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 91–37.  CLEMENCE ET AL. *v.* CLEMENCE, PERSONAL REPRESENTATIVE OF THE ESTATE OF CLEMENCE, DECEASED, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–39.  CIULLA *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–40.  BRUSCO *v.* NEW YORK STATE DIVISION OF HOUSING & COMMUNITY RENEWAL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 91–41.  GARGALLO *v.* GARGALLO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 91–43.  COOK *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.